| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) **Consolidated Case No.**<br><br>**No. 1:19-CV-00149-JRG-CHS**<br><br>**CLASS ACTION** |

**NOTICE OF NON-OPPOSITION OF HOULIHAN & COMPANY LLC, RONALD A. FISH, AND JEFF LION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

On July 16, 2019, Lead Plaintiff Movants Houlihan & Company LLC, Ronald A. Fish, and Jeff Lion ("Movants") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating related putative securities class actions filed against CBL & Associates Properties, Inc ("CBL"); (2) appointing Movants as Lead Plaintiffs in that consolidated case; and (3) approving proposed Lead Plaintiffs' selection of Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel for the Class. (Dkt. No. 20).

Having reviewed the competing motions before the Court filed by other putative class members, Movants do not appear to have the greatest financial interest in the consolidated securities litigation against CBL within the meaning of the PSLRA and do not oppose the competing motions. This notice of non-opposition shall have no impact on Movants' membership in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated: July 30, 2019

Respectfully submitted,

By:   *s/ J. Gerard Stranch, IV*

1

**BRANSTETTER, STRANCH & JENNINGS, PLLC**
J. Gerard Stranch, IV (BPR #023045)
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
*Proposed Liaison Counsel for Movants and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Brian Murray
Lesley F. Portnoy
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Ave., 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movants and the Class*

**KRANENBURG**
Werner R. Kranenburg
80-83 Long Lane
London EC1A 9ET
United Kingdom
Telephone: +44 20 3174 0365

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335

*Additional Counsel*

## CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 30, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2019, at Nashville, Tennessee.

_J. Gerard Stranch, IV_
J. Gerard Stranch, IV