**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) No. 1:19-CV-00149-JRG-CHS <br> ) |

### MOTION BY CHARLES D. HOFFMAN, HOFFINVESTCO, AND LYDIA HOFFMAN TO CONDUCT LIMITED DISCOVERY

Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman (the "Hoffmans") hereby move, in the alternative, in the event that this Court does not appoint them as lead plaintiffs based upon the facts already in the record, for an Order allowing limited discovery of competing lead plaintiff motion made by Jay Scolnick and Mark Shaner (the "Scolnick Group").

This Motion is made on the grounds that the Hoffmans have demonstrated a reasonable basis for finding that the Scolnick Group has not demonstrated that it is capable of adequately representing the class in this action. Multiple errors in its submission, including unexplained sales of more stock than was purchased, a failure to adequately document the necessary corporate authority for assigning claims and including without explanation additional non-lead counsel on the underlying motion papers, demonstrate a reasonable basis for a finding that the Scolnick Group has not demonstrated that it is capable of adequately representing the class.

The Hoffmans respectfully request oral argument.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Michael J. Klein, and exhibits annexed thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated: July 30, 2019

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

/s/ Michael J. Klein
Jeffrey S. Abraham (admitted *pro hac vice*)
Michael J. Klein (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

Attorneys for the Hoffmans

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of July, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated in the electronic filing receipt. I hereby certify that I am unaware of any other parties in this cause not using the CM/ECF system.

/s/  Michael J. Klein
Michael J. Klein

**ABRAHAM, FRUCHTER &**
**TWERSKY, LLP**
Michael J. Klein (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
mklein@aftlaw.com

3