**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) No. 1:19-CV-00149-JRG-CHS <br> ) |

**DECLARATION OF MICHAEL J. KLEIN IN SUPPORT OF THE**
**HOFFMANS' OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTIONS**
**OR ALTERNATIVELY TO CONDUCT LIMITED DISCOVERY**

I, Michael J. Klein, declare under penalties of perjury that the following is true:

1.      I am a member of the bar of the States of New York and Connecticut and have been admitted *pro hac vice* in this action. I am of counsel to the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T"), counsel of record for lead plaintiff movants Charles D. Hoffman, Lydia Hoffman and HoffInvestCo (collectively the "Hoffmans").

2.      Attached hereto as Exhibit 1 is a chart showing that Scolnick, Sheryl Account 2, as reported in prior submissions to this Court, (*see* ECF No. 25-3 at 5/10 and ECF No. 25-4 at 3/5) sold more shares than it purchased as of April 25, 2018.  Specifically, that account reports a total of 42,640 shares of CBL & Associates Properties, Inc. ("CBL") common stock purchased with 44,000 shares of CBL common stock sold from the start of the class period through April 25, 2018.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a website maintained at https://www.crowdfunder.com/user/96286 identifying several entities through which Jay B. Scolnick operates.

4.      On July 29, 2019, I inputted "Premier Community Homes Pension Plan" into a search tool maintained by the U.S. Department of Labor ("DOL") in order to allow members of the public to "retrieve[] Form 5500/5500-SF forms, schedules, and attachments filed since January 1, 2010." https://www.efast.dol.gov/portal/app/disseminate?execution=e1s1.  I obtained the following response to my search demonstrating that Premier Community Homes Pension Plan failed to make the required failings mandated by the DOL:

# Form 5500/5500-SF Filing Search

This search tool retrieves Form 5500/5500-SF forms, schedules, and attachments filed since January 1, 2010. It allows you to search for multiple filings and view one complete filing at a time. Posting this information on the web site does not constitute acceptance of the filing by the Department of Labor, the Pension Benefit Guaranty Corporation, or the Internal Revenue Service. Some filings may not be displayed through this website, such as original filings that were amended. For more help searching filings through this website, see the EFAST2 Filing Search Guide.

Enter criteria in one or more of the below fields (at least one of these fields *must* be filled in), then click Search.

- The Plan Name, Sponsor Name, and Plan Administrator fields search automatically using wildcards to the right of your search term. If you are not sure of the exact plan name you would like to search for, type in the first four letters, and the automatic wildcard will pull possible options beginning with those letters. For example, typing "Widg" in the Plan Name field below will retrieve filings for all plan names that begin with the letters "Widg", such as "Widget Company." At least four letters must be entered into these fields when performing a search.
- Fields other than Plan Name, Sponsor Name, and Plan Administrator do not use wildcards. Only exact matches are displayed for these other fields.

> ⓘ **Your search criteria did not match any filings. Please double-check your entries and try again.**

| | |
|---|---|
| Plan Name: | Premier Community Homes Pension Plan |
| Sponsor Name: | |
| Plan Administrator: | |
| Filing ID: | |
| Acknowledgement ID: | |
| EIN: | |
| PN: | |

Executed this 30th day of July, 2019, at New York, New York.

/s/  Michael J. Klein

Michael J. Klein

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of July, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated in the electronic filing receipt. I hereby certify that I am unaware of any other parties in this cause not using the CM/ECF system.

/s/  Michael J. Klein
Michael J. Klein

**ABRAHAM, FRUCHTER &**
**TWERSKY, LLP**
Michael J. Klein (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
mklein@aftlaw.com
