# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

IN RE CBL & ASSOCIATES PROPERTIES,  )     Consolidated Case No.
INC. SECURITIES LITIGATION            )     No. 1:19-cv-00149-JRG-CHS

## <u>ORDER</u>

On July 17, 2019, this Court entered an order consolidating the actions styled *Paskowitz v. CBL & Associates, et al.*, 1:19-cv-00149-JRG-CHS; *Williams v. CBL & Associates, et al.*, 1:19-cv-00181; and *Merelles v. CBL & Associates, et al.*, 1:19-cv-00193, for all purposes pursuant to Federal Rule of Civil Procedure 42(a). [*See* July 17, 2019, Order of Consolidation, Doc. 37]. The parties were directed to file all future pleadings in the consolidated action in Case No. 1:19-cv-00149-JRG-CHS.

On July 25, 2019, Plaintiff Laurence Paskowitz, in Case no. 1:19-cv-00149, filed a voluntary notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a). Because no answer or motion for summary judgment had been filed by an opposing party in that case, the notice of dismissal resulted in the dismissal of Case no. 1:19-cv-00149. *See* Fed. R. Civ. P. 41(a). However, *Williams v. CBL & Associates, et al.*, 1:19-cv-00181; and *Merelles v. CBL & Associates, et al.*, 1:19-cv-00193, remain pending and consolidated.

It is therefore **ORDERED** that:

1. All future filings in *Williams*, Case no.1:19-cv-00181, and in *Merelles*, Case no. 1:19-cv-00193, shall be filed in the *Williams* case, and that the case caption be changed to reflect "Consolidated Case No. 1:19-cv-00181-JRG-CHS" (instead of the current "Consolidated Case No. 1:19-cv-00149-JRG-CHS").

2. The Clerk of Court shall disassociate *Paskowitz v. CBL & Associates, et al.*, Case no. 1:19-cv-00149-JRG-CHS, from *Williams v. CBL & Associates, et al.*, Case no. 1:19-cv-00181, and from *Merelles v. CBL & Associates, et al.*, Case no. 1:19-cv-00193, in the Case Management and Electronic Case Filing system.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE